Name    DONNELL BLEDSOE
Street Address    2038 E. Church St
City and County    STOCKTON / SAN JOAQUIN County
State and Zip Code    Ca. 95205
Telephone Number    (209) 279-0033

**FILED**

JAN 26 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

DONNELL BLEDSOE
PRO SE ATTORNEY
_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against- Superior Court
SAN JOAQUIN County, Judge
George Abdullah, Spencer Sinclair
John M. Harris, Readre Townes

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

(PS)

Case No. 2:23-CV-0158-DAD-KJN

*(to be filled in by the Clerk's Office)*

Jury Trial:    ☑ Yes    ☐ No

*(check one)*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name — DonnELL BLEDSOE

Street Address — 2038 E. CHURCH ST.

City and County — STOCKTON / SAN JOAQUIN County

State and Zip Code — California 95205

Telephone Number — 

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name — SAN JOAQUIN County

Job or Title (if known) — CourtHouse of SAN JOAQUIN Co. Courtroom # 10-A

Street Address — 180 E. Weber Ave.

City and County — STockTon, Ca. 95202 / SAN JOAQUIN

State and Zip Code — 95202

Telephone Number — (209) 992-5555

Defendant No. 2

Name — Judge Abdullah (George J.)

Job or Title (if known) — Judge of SAN JOAQUIN Co. Court # 10-A Room

Street Address — 180 E. Weber Ave.

City and County — STockton / SAN JOAQUIN Co.

State and Zip Code — California 95202

Telephone Number — (209) 992-5555

2

Defendant No. 3

Name — Pearlie Townes (Bledsoe) Spencer Sinclair

Job or Title (if known) — Attorney For Pearlie Townes

Street Address — 3425 Brookside Rd, Suit B

City and County — Stockton / San Joaquin Co.

State and Zip Code — California - 95219

Telephone Number — (209) 478 - 2621

Defendant No. 4

Name — John M. Harris

Job or Title (if known) — Lawyer For Superior Court of San Joaquin County

Street Address — 3439 Brookside Rd. Suite 208

City and County — Stockton / San Joaquin Co.

State and Zip Code — California 95219

Telephone Number — (209) 957 - 0660

## II.    Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

REQUEST A STAY

3

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

SoVErEIGN IMMUNTY
CHerokee NATion VS. Georgia, 30.
U.S. (5 Pet.) 1 (1831) /Culpable Negligence
JuDicial Misconduct            Negligence

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

   The plaintiff, *(name)*_____ is a citizen of the State of *(name)* _____.

   b.    If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

   The defendant, *(name)*_____ is a citizen of the State of *(name)*_____. *Or* is a citizen of *(foreign nation)* _____.

4

4-B Attached

A. LIST OF Federal STATUES, Federal Treaties
nd/or Provisions of The united STATES Constitution.

1) The supreme court held in cherokee
nation v. Georgia, 30. u.s. (5 pet,) 1 (1831) That
Indian tribes were distinct, self-governing legal
entities and in worcester v. Georgia, 32 u.s.
(6 pet.) 515 (1832) That STATE laws did not apply
To Indians on Their land. Indian Tribes
comprise the Third sovereignty in the united
STATES, together with the federal government
and The STATE.

2) In santa clara Pueblo v. Martinez, 436
u.s. 49 (1978) The supreme court determined
that suits against Indian Tribes were barred
by sovereign immunity.

3) In North Sea Products v. clipper Seafoods,
Wn. 2nd 236.695 P. 2d 939 (1979), The superior
court of whatcom county (washington) issued
writ of garnishment of The Lummi Tribe
nd/or its Tribal enterprise which was
created off reservation. The washington
supreme court STATED that the Tribes'
sovereign immunity from suit includes
5-D

immunity from garnishment actions. This case recognized in Indian tribes the same immunity from garnishment which other sovereigns possess. The general rule is that the united STATES cannot be summoned as garnishees without statutory authorization, consent, or waiver.

As a result of Tribal sovereignty and retained Jurisdiction, many STATES do not have subject matter Jurisdiction to establish and enforce child support orders. For states that can establish child support orders, many tribes will not to have comprehensive tribal codes to address the establishment and enforcement of child support orders.

## Sovereign Immunity

Sovereign Immunity, or crown Immunity, is a legal doctrine whereby a sovereign or STATE cannot commit a legal wrong and is immune from civil suit or criminal prosecution, strictly speaking in modern text in its own courts. A similar, stronger rule as regards foreign courts is named STAT immunity.

PAGE 4-C continue

## CAUSE OF ACTION

all The defendant's SAN JOAQUIN county, Judge George J. Abdullah, Spencer Sinclane and John M. Harris are Trying to Force STATE LAW on A Federal case with Federal Jurisdiction. The defendants listed had an obligation to respect Sovereign Immunity and Crown Immunity laws. ALL The defendant Breached There Judicial oath to tell The Truth a follow STATE and Federal law but ignored STATE And Federal law. The defendants refuse to correct their mistake knowing that this mistake will displace a family making the plaintiff Donnell Bledsoe Homeless violating his Crown Immunity as a King inherited from his mother PEARLY LAUDER 3r and QUEEN Mathen (Queen of The south) and Father willie Bledsoe cherokee nation Immunity. ALL defendant's SAN JOAQUIN county, Judge George J. Abdullah, Spencer Sinclane And John M. Harris are aware of the plaintiff's Donnell Bledsoe crowned Immunity Tatus AS well as sovereign Immunity but

4-D

bill not correct their mistake and stop the eviction notice Robbing our family of our generational wealth Trying to make our Family Homeless. This is Negligence on part of All of The defendant listed. The plaintiff Donnell Bledsoe did not waive his rights to crown Immunity And sovereign Immunity.

All of The defendants San Joaquin county, Judge George J. Abdullah, Spencer Sinclair and John Harris Breach contract by trying to Enforce STATE law on A Federal statute. All The defendant willingly knew they were breaking Federal law negligently And because of All of The defendants Actions And Negligence the plaintiff Donnell Bledsoe is in great danger of losing his inheritance (House) which was left for his other Three siblings Ella Mae Nickerson, Annive Mae Harris and willie Bledsoe Jr. The Plaintiff Donnell Bledsoe is executive over the House inwhich the defendant are Trying to Evict him from Property Address 2038 E. Church St. Stockton, ca. 95205

6-D

"BECAUSE of The defendants listed negligence re the plaintiff, Family and Dogs Are being Forced out of our Home with a eviction notice to move out by March 10, 2023 Three days from my mother's Birthday March 13, 2023 The late Grand Queen Matron (Queen of The South). I The plaintiff request An Immediate Stay of The eviction process And The sale of our home protected by Federal And international LAW.

See Attachment Exibit # "1"

Defendant's listed had A Duty NOT to Try to enforce STATE LAW on A federal matter.

SEE EXIBITS ATTached

A) FRONT pAge 1983 ANNUAL GRAND SESSION

B) STATE OF CALIFORNIA Jurisdiction.

C) 1983 ROSTER OF GRAND OFFICERS (mother) OF Donnell BLEDSOE (KING OF THE South) PEARLY B. LAUDER GRAND MATRON (QUEEN OF the south)

D) Affiliate of The MASonic CONGRESS OF Supreme ORDER E of MASonrs ARTS

E) MWHA EASTERN STAR PTN G

F) MEMBER OF CHEROKEE NATION
* REGISTRATION # (918)-458-6980
   VERIFICATION

ALSO Judge George J. Abdullah Turned three of Donnell Bledsoe's witnesses who were subpoena on Two separate occassions To prove That pearlie Bledsoe Townes never gained ¼ interest in The property. And that she owed The plaintiff Donnell Bledsoe $20,000.00 for A Debt inwhich she sent Donnell To purchase Two houses AS A family business AT 20,000.00 each. Pearlie Bledsoe Townes was supposed to pay Donnell Bledsoe back $20,000.00 after she recieved a settlement from The Department of corrections. The witnesses were also to testify that the house was never to be Sold And claim their 20% interest in property. The witness were there to testifey that pearlie Bledsoe Townes harrassed Plaintiff Donnell Bledsoe into A slight. Stroke/Heart attack. The witnesses name are Ella mae nickerson, Annie mae Harris, and mattie Harris.

See ____EXIBIT____
        # 1

EXIBIT # I

# Notice to Terminate Tenancy

To:   DONNELL BLEDSOE, SR. and DOES 1-10

And all other occupants in possession of the Premises located at
     2038 E. Church St., Stockton, Ca. 95205

PLEASE TAKE NOTICE that your tenancy of the Premises is terminated effective at the end of a:

☐ Thirty (30) day period (If any occupant has resided in premises for less than one year, Tenancy at will, commercial property, or as provided by law, or

☒ Sixty (60) day Period (Id all occupants have resided in residential premises for one year or more, or

☐ Ninety (90) day period (If Section 8 Tenancy)

After service of this notice, or ____March 10, 2023____, _____, whichever is later.

If Just Cause for termination is required to be stated by law or the terms of your lease, please state good cause here:
  Owner is selling property.

☐   If this box is checked, you are entitled to relocation assistance or a rent waiver pursuant to the Tenant Protection Act of 2019. You are hereby notified that Landlord/Agent elects to waive the rent in the amount of $
for the final month of your tenancy and that no rent is due for that final month. Alternatively, Landlord/Agent may pay to Tenant(s) relocation assistance of one month's rent within fifteen (15) days of service of this notice.

If you fail to quit, move out and surrender possession of the Premises, legal proceedings will be instituted against you to obtain possession, which could result in a judgment against you for possession, holdover damages, reimbursement of relocation assistance, attorneys' fees and court costs as allowed by law, plus the Landlord/Agent may recover an additional punitive award of six hundred dollars ($600.00) pursuant to California CCP § 1174(b) for such unlawful detention.

Be advised that if the Premises are residential property, you may request a preliminary pre-move out inspection of the Premises prior to vacating. Preliminary inspections may be conducted during normal business hours within the two-week period prior to the termination of your tenancy. Your request must be in writing and should include a suggested date and time for entry to the Premises. The Landlord/Agent will try to reach a mutually agreeable date and time to conduct the requested inspection. You may but are not required to be present, and unless waived by you, a 48-hour notice will be given of the time of entry. Unless your request is withdrawn in writing at least 24-hours before the scheduled inspection, entry will be made as noticed or as agreed if there has been a waiver. Any deficiencies noted in the pre-move out inspection checklist may be corrected by you only in accordance with the terms and conditions of your rental agreement, which may require that only a licensed and bonded contractor perform any necessary repairs in order to return the Premises to the same condition as it was at the inception of the tenancy. The inspection will be limited to visually accessible areas only and will not include areas obscured by occupants' personal property. The Landlord/Agent's final move-out inspection of the vacated Premises will be used to determine any deductions from your security deposit. Invoice and proof of payment and release of any liens for all work performed must be provided to Landlord/Agent upon surrender of the Premises. This Notice of Termination of Tenancy does not relieve you of your duty to pay rent through the termination date.

1/7/23                                          PEARLIE TOWNES
Date                                            Landlord/Agent     MARK A. THIEL-Attorney At Law

*California law permits former tenants to reclaim abandoned personal property left at the former address of the tenant, subject to certain conditions. You may or may not be able to reclaim property without incurring additional costs, depending on the cost of storing the property and the length of time before it is reclaimed. In general, these costs will be lower the sooner you contact your former landlord after being notified that property belonging to you was left behind after you moved out. A negative credit report reflecting on your credit history may be submitted to a credit reporting agency if you breach the terms of your obligations.*

EXIBIT

A

# 1983 ANNUAL GRAND SESSION

## M.W.MT. NEBO GRAND LODGE, A.F.&A.M.
### OF
### OAKLAND, CALIFORNIA

EXIBIT "A"

ILL. A.J. Barker, Sr., M.W.G.M.          ILL. C.B. Williams, D.G.M.
ILL. Charles Burnett, G.S.                    ILL. Willie Burns, G.T.



## QUEEN ESTHER GRAND CHAPTER, O.E.S.

Sister Ella Mae Dean, M.W.G.M.     Sister Olena Brison, A.G.M.
ILL. Willie Burns, M.W.G.P.          ILL. Charlie Claiborne, A.G.P.



MOTTO: "We Need Each Other."
THEME: "Love, The cure for the Ills of the Times." John 3:16

## ATHEN ELKS HALL

### 3273 Peralta Street, Oakland, California

MEETINGS AND PROGRAMS OPEN AT 9:30 A.M.
THURSDAY, NOVEMBER 10-NOVEMBER 12, 1983
BANQUET - FRIDAY NIGHT AT 6:00 P.M.

EXIBIT

B

EXPBIT "B"

## THE WORLD AROUND OF THE MT. NEBO GRAND LODGE, A.F. & A.M.
## OF THE STATE OF CALIFORNIA, INC

THE GRAND ORIENT OF UNIVERSAL MASONARY WAS ESTABLISHED BY THE WORLD ASSOCIATION OF MASTER MASONS TO FUNCTION IN THE INTERNATIONAL BODIES. IT ADOPTED THE NATIONAL GENERAL GRAND MASONIC CONGRESS FOR THE UNITED STATES OF AMERICA, THE DOMINION OF CHINA, EGYPT, MEXICO, NORTH AMERICA, INDIA, ITALY,FRANCE, CHILI, BELGIUM, MOROCCO, COLUMBIA, CUBA, AND GERMANY. THE SOVEREIGN GRAND PATRIARCH AND SUPREME PONTIFF, FELIX WAGGNER, 33$^O$. THE GRAND CHANCE-LLOR HOLY SANCTUARY OF HOLY EMPIRE M. HERAUD, 33$^O$. THE M.P. SOVEREIGN GRAND WORLD COMMAND-ER OF THEUNITED WORLD SUPREME COUNCIL XXX111 AND LAST DEGREE, PR. O.M. SCHERMIZIG LIND. GRAND SCRIBE, B. LEDRAN. THESE ARE THE UNIVERSAL OFFICERS OF THE WORLD ANCIENT FREE AND ACCEPTED SCOTTISH RITE MASONS.

THE MOST WORSHIPFUL MT. NEBO GRAND LODGE RECEIVED THEIR AFFILIATION FROM THE WORLD MASONIC CONGRESS OF THE SUPREME ORDER OF THE MASONIC ARTS. H.H.M. PR. O.M. SCHERMIZIG LIND, WORLD SUPREME COMMANDER, 18 RUE, MAURICE, ARNAUX, MONTROUGE, SEINE AND FRANCE. M. HEARD, WORLD GRAND CHANCELLOR, CALLE 21, NUMERO 19(1), VEDADO, HAVANA, AND CUBA.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## THE QUEEN ESTHER GRAND CHAPTER, O.E.S.

MT. NEBO AFFILIATION                     CALIFORNIA JURISDICTION
7215 FAVOR STREET                        OAKLAND, CALIFORNIA

MOST WORSHIPFUL GRAND MASTER, GRAND OFFICERS AND MEMBERS OF THE MT. NEBO GRAND LODGE, OF THE THE STATE OF CALIFORNIA. WE BRING YOU SINCERE GREETINGS, ENTHUSIASM AND EARNEST-NESS. ON BEHALF OF THE QUEEN ESTHER GRAND CHAPTER, O.E.S, THE GRAND MATRON, OFFICERS AND MEMBERS OF THIS APPENDANT BODY OF THE MT. NEBO GRAND LODGE, OF CALIFORNIA, WISHE YOU A PROFITABLE AND INSPIRING MEETING.

OUR GRAND CHAPTER HAS CONTINUED TO THRIVE DESPITE THE ECONOMIC CONDITIONS. MAY PEACE AND LOVE CHARACTERIZE OUR MEETINGS. WE HOPE THAT YOU WILL EVER RETAIN YOUR PLACE IN THE RANKS OF THIS FRATERNITY, AND THAT LOVE, FRIENDSHIP AND HONOR WILL ALWAYS INSPIRE YOU TO NOBLE ACTIVITIES.

RESPECTFULLY SUBMITTED;
SIS ELLA MAE DEAN, M.W.G.M.
ILL WILLIE BURNS, M.W.G.P.
SIS BENNIE M. JOHNSON, R.W.G.S.





EXIBIT

C

EXIBIT "C".

# 1983 ROSTER OF GRAND OFFICERS

SIS ELLA MAE DEAN.................................................M.W. GRAND MATRON
SIS OLENA BRISON................................................. ASSOCIATE GRAND MATRON
ILL. WILLIE BURNS................................................M.W. GRAND PATRON
ILL. CHARLIE CLAIBORNE...........................................ASSOCIATE GRAND PATRON
SIS BETHEL RHONE...............................GRAND MUSICIAN & PAST GRAND MATRON
SIS BENNIE JOHNSON.............................................GRAND SECRETARY
ILL. ROBERT GREEN.............................................GRAND LECTURER
SIS ODESSA SAPP...............................................GRAND CONDUCTRESS
SIS JANICE CASE...............................................ASSOCIATE CONDUCTRESS
SIS PEARLY B. LAUDER.......................GRAND QUEEN MATRON(QUEEN of the SOUTH)
SIS LILLIE ELAM......................GRAND ROYAL MATRON(GRAND COURT of the ARAMARNTH)

## * * * * *   GRAND MARSHALLS   * * * * *

SIS MARGARET DAVIS...................................................PRESIDENT
SIS MARY LEE SHARP
BRO. HENRY ZONE

## * * * * * *  STAR POINTS  * * * * * *

SIS ELIZABETH CONNERS................................................GRAND ADAH
SIS ELICE HALL......................................................GRAND RUTH
SIS CATHERINE WILRICH...............................................GRAND ESTHER
SIS LEAH FORD......................................................GRAND MARTHA
SIS DARIEL BRADFORD................................................GRAND ELECTA

## * * * *   MOTHERS STAFF  * * * * *

GRAND QUEEN MOTHER "JUVENILE"

SIS ELNORA WILSON
SIS RITA RICE

## * * * *   CHAPTERS   * * * *

ADAH CHAPTER # 1..........................................SIS DARIEL BRADFORD, W.M.
RUTH CHAPTER # 1..........................................SIS ELIZABETH CONNERS, W.M.
ESTHER CHAPTER # 1.......................................SIS ELNORA WILSON, W.M.
MARTHA CHAPTER # 1......................................SIS OCTAVIA M^CCLINTON, W.M.
ELECTA CHAPTER # 1........................................SIS INA ROSS, W.M.
NAOMI CHAPTER # 1.........................................SIS LEAH FORD, W.M.
SHEABA CHAPTER # 1.......................................SIS DELLA MAE MARSHALL, W.M.

EXIBIT

D

# M.W. MOUNT NEBO GRAND LODGE  A.F. AND A.M.

## OF

## OAKLAND, CALIFORNIA



Affiliate of the
WORLD MASONIC CONGRESS
OF SUPREME ORDER OF THE MASONIC ARTS

\*

H.H.M.P.R.O.M. Schermizig Lind, World Supreme Commander
18  Rue, Maurice, Arnox, Montrouge, Scine, France

\*

H. Heard, World Chancellor
Calle 21, Numero 19(1), Velado, Havana, Cuba
REV. A.J. BARKER, SR. 33° M.W.G.M.
ILL. C.B. WILLIAMS, 33°, D.G.M.
ILL. CHARLIE F. BURNNETT, 33°, G.S.
ILL. WILLIE BURNS, 33°, G.T.


QUEEN ESTHER GRAND CHAPTER, O.E.S.
of Oakland, California, Inc.



ILL. WILLIE BURNS, M.W.G.P.
ILL. ELLA MAE DEAN, M.W.G.M.
SIS OLENA BRISON, A.G.M.
SIS BENNIE JOHNSON, R.W.G.S.
SIS GEORGIA BRIDGES, G.T.

EXIBIT

"E"



b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or is* incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

$ 650,000.00 _____

_____

_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Pearlie Townes vs. Donnell Bledsoe San Joaquin County Superior Court Case # STKCVRP-2021009710 / Court of Appeal Third District Court Case Pearlie Townes vs. Donnell Bledsoe Court Case # C097218

SEE Attachment Page 5-B

3. The Amout in controversy

I The Plaintiff Donnell Bledsoe is seeking releif in the amounT of $650,000.00 for damages.

1) On December 1, 2020 I Donnell Bledsoe filed a cross-complaint agAmsT Pearlie Bledsoe Townes because she Breach conTRacT. Mother's IAsT wishes were for me Donnell Bledsoe the Plaintiff And his sister Pearlie Bledsoe Townes To be Executive/conservators For The other Three siblins EllA MAe Nickerson, ANNie MAe Harris ANO willie Bledsoe R. who All inherted 20% interest AT The PROperty AT 2038 E. church sT. StockTon, Ca. 95205. The Agreement WAs The House WAs never to be Sold. Also the agreement WAs fer PeArlie Bledsoe Townes to PAy Donnell Bledsoe, Plaintiff bACK $20,000.00 FOR TWO Houses puRchAsEO for $40,000.00. AFTER The TWO House were purchAseO in which PEArlie Bledsoe TownES sent Donnell Bledsoe to buy, PeArlie Bledsoe Townes backed out oF The Family BusinEss she sTARted BECAUSE she (PeArlie TownES) Did not inform her husbAnd of her plAns to sTART A FAmily BusinEss leaving $20,000.00

owed to Donnell Bledsoe. Pearlie Bledsoe Townes was on the verge of a Divorce in the plaintiff Donnell Bledsoe took her to court in which he was. Your Honor Both of our mother beg the plaintiff Not to take his sister Pearlie Bledsoe Townes to court and suggest in order to put Pearlie Bledsoe Townes name on the Deed was only if Pearlie Bledsoe Townes would Pay Donnell Bledsoe back $20,000.00 by Paying the Taxes And Insurance on the House until the $20,000.00 was paid in full. Donnell Bledsoe was to do all Maintence, Painting, Plumbing and All Yard Work. Our father Willie Bledsoe Sr. has A will on File with the STATE of CALIFORNIA in SAN JOAQUIM county listing Pearlie Bledsoe Townes and Donnell Bledsoe as executives over property for Ella Mae Nickerson, Annie Mae Harris, Willie Bledsoe Jr. and Donnell Bledsoe our mother wished the same.

2) The House was purchased by our Father Willie Bledsoe Sr. who is Cherokee Indian in 1965 for $10,000.00. It was paid off by our mother in 1980 debt free.

3) In 1984 our Brother Willie Bledsoe Jr. got in to Trouble, I Donnell Bledsoe was Graduating High school. Pearlie and Willie Bledsoe

JERy Close And she did not want hous going to prison. So PEARLIE Bledsoe Townes Applied for A personal loan of $5,000.00 to bail willie Bledsoe JR. out of Jail And to retain An Attorney but needed A co-signer. PEARLIE Bledsoe Townes First went to our Father willie Bledsoe SR. And he said no. Then pearlie Bledsoe Townes went to our late dear mother who told her no also. Finally our mother, PEARly B. LAUDER Grand QUEEN MATRON (QUEEN OF THE South) Agreed to co-sign. PEARLie Bledsoe Townes paid her personal Loan from 1984-2010. However in court proceeding PEARLie Bledsoe Townes committed perjury by saying she paid All her mother's bills, mortgage From 1984-2010 lying to gain favor And said that she obtained 1/4 interest in the property in 1984-2010 Because she paid mortgage and all of mothers bills, claiming 3/4 Total interest in property.

3) PEARLie Bledsoe Townes force Plaintiff Donnell Bledsoe into A light stroke/Heart Attack with court Harrassment by phone calling EXCESSIve.

4) ALL The defendants SAN JOAQUIN Superior Court, Judge George J. Abdullah, John M. HARris & spencer Sinclair Are committing Judicial misconduct Trying to Enforce STATE LAW on A FEDERAL MATTER

IV.    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

House $300,000.00

Punitive $100,000.00

Loss of Community $100,000.00

HarrAssment    $ 50,000.00

Statutory Damages $100,000.00

* Plaintiff request A stay pending Federal courts Ruling

V.    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1-19-23, 2023

Signature of Plaintiff    Donnell Bledsoe

Printed Name of Plaintiff    Donnell Bledsoe

6

CENTER

## CERTIFICATE OF SERVICE OF DOCUMENT

\* You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve. \*

1. Case Name: Donnell Bledsoe VS. San Joaquin Co. et al.

2. Case Number: Don't have a case # yet

3. What documents were served? [Write the full name or title of the document or documents] Complaint for a civil case

4. How was the document served? [check one]

    [X] Placed in U.S. Mail

    [ ] Hand-delivered

    [ ] Sent for delivery (e.g., FedEx, UPS)

    [ ] Sent by fax (if the other party has agreed to accept service by fax)

5. Who did you send the document to? [Write the full name and contact information for each person you sent the document.]

John M. Harris 3439 Brookside Rd. suite 208 Stkn, Ca. 95219

Superior Court San Braun Co. 3425 Brookside Rd suite B Stkn, ca 95219

Judge George J. Abdullah 180 E. Weber courtroom 10-A Stkn, Ca 95202

Spencer Sinclair 3425 Brookside Rd. suite B Stkn, ca 95219

6. When were the documents sent? January 19, 2023

7. Who served the documents? [Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signature: Cozette Foley

Name: Cozette Foley

Address: 2038 E Church St

Stockton, CA 95205

CERTIFICATE OF SERVICE [JDC TEMPLATE Rev. 05-2017]